IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

**PABLO TELLEZ,**                                                     No. 1:24-cv-01685-CL

        Plaintiff,                                                            **ORDER**

    v.

**GUARACI GETZ FERREIRA;**
**EVAN TROYER,**

        Defendants.

_____

AIKEN, District Judge.

Before the Court are Findings and Recommendation filed by Magistrate Judge Mark D. Clarke. *See* ECF No. 21. Judge Clarke recommends that Defendants' Default Judgment, ECF No. 19, be granted.

Under the Federal Magistrates Act, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

For those portions of a magistrate judge's findings and recommendations to which neither party has objected, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress,

Page 1 - ORDER

in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."). Although no review is required in the absence of objections, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte . . .* under a *de novo* or any other standard." *Id.* at 154. The Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court should review the recommendation for "clear error on the face of the record."

In this case, Defendants have filed no Objections. The Court has reviewed the filings and the F&R and finds no error. The F&R, ECF No. 21, is ADOPTED, and Plaintiff's Motion for Default Judgment, ECF No. 19, is GRANTED. Final judgment shall be entered accordingly.

It is so ORDERED and DATED this ___1st___ day of April 2026.


  /s/Ann Aiken_____
ANN AIKEN
United States District Judge


Page 2 - ORDER