**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**MEDFORD DIVISION**

PABLO TELLEZ,

Plaintiff,

v.

GUARACI GETZ FERREIRA;
EVAN TROYER,

Defendants.

No. 1:24-cv-01685-CL

**ORDER**

---

AIKEN, District Judge:

This case comes before the Court on a Findings and Recommendation ("F&R") filed by Magistrate Judge Mark D. Clarke, ECF No. 28. Judge Clarke recommends that Plaintiff's Motion for attorneys' fees and litigation expenses, ECF No. 25, be GRANTED.

Under the Federal Magistrates Act, a court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

For those portions of a magistrate judge's findings and recommendations to which neither party has objected, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."). Although no review is required in the absence of objections, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Id.* at 154. The Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court should review the recommendation for "clear error on the face of the record."

Here, the Court has reviewed Plaintiff's Motion, the other filings, and the F&R. Defendants filed no objections to the F&R.

The F&R, ECF No. 28, is therefore ADOPTED. Plaintiff's Motion, ECF No. 25, is GRANTED.

It is so ORDERED and DATED this 27th day of August 2026.

/s/Ann Aiken
ANN AIKEN
United States District Judge